717 A.2d 387

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

v.

**Joseph R. STAVELY.**

**No. 23, Sept. Term, 1998.**

Court of Appeals of Maryland.

Sept. 14, 1998.

Leonard C. Redmond, III (Redmond, Burgin & Gutierrez, P.A., on brief), Baltimore, for Petitioner.

David A. Titman, Ellicott City, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 14th day of September, 1998,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.